AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| KEVIN MOORE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 16 Civ. 4773 |
| ANTHONY J. ANNUCCI, ET AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COMMISSIONER ANTHONY J. ANNUCCI
C/O NYS ATTORNEY GENERAL'S OFFICE
120 BROADWAY
NEW YORK, NEW YORK 10271


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:




If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: June 24, 2016                              /S/ Symia James
                                                 *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| KEVIN MOORE | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.  16 Civ. 4773 |
| ANTHONY J. ANNUCCI, ET AL. | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  SUPERINTENDENT ADA PEREZ
C/O NYS ATTORNEY GENERAL'S OFFICE
120 BROADWAY
NEW YORK, NEW YORK 10271

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  June 24, 2016                          /S/ Symia James
                                              _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| KEVIN MOORE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  16 Civ. 4773 |
| ANTHONY J. ANNUCCI, ET AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SERGEANT KATHY TODD-SCOTT
C/O NYS ATTORNEY GENERAL'S OFFICE
120 BROADWAY
NEW YORK, NEW YORK 10271

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  June 24, 2016            /S/ Symia James
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| KEVIN MOORE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 16 Civ. 4773 |
| ANTHONY J. ANNUCCI, ET AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CORRECTIONAL OFFICER GEORGE SANTIAGO
C/O NYS ATTORNEY GENERAL'S OFFICE
120 BROADWAY
NEW YORK, NEW YORK 10271

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  June 24, 2016                              /S/  Symia James
                                                  *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| KEVIN MOORE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  16 Civ. 4773 |
| ANTHONY J. ANNUCCI, ET AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CORRECTIONAL OFFICER DONALD COSMAN
C/O NYS ATTORNEY GENERAL'S OFFICE
120 BROADWAY
NEW YORK, NEW YORK 10271

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  June 24, 2016                                             /S/  Symia James
                                                                              *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| KEVIN MOORE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 16 Civ. 4773 |
| ANTHONY J. ANNUCCI, ET AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CORRECTIONAL OFFICER CARSON MORRIS
C/O NYS ATTORNEY GENERAL'S OFFICE
120 BROADWAY
NEW YORK, NEW YORK 10271

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __June 24, 2016__                                  __/S/ Symia James__
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| KEVIN MOORE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  16 Civ. 4773 |
| ANTHONY J. ANNUCCI, ET AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PANDORA A. VOLPE, RN-II
C/O NYS ATTORNEY GENERAL'S OFFICE
120 BROADWAY
NEW YORK, NEW YORK 10271

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   June 24, 2016                               /S/ Symia James
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| KEVIN MOORE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  16 Civ. 4773 |
| ANTHONY J. ANNUCCI, ET AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DOWNSTATE CORRECTIONAL FACILITY DEPUTY SUPERINTENDENT FOR SECURITY JOHN/JANE DOE
C/O NYS ATTORNEY GENERAL'S OFFICE
120 BROADWAY
NEW YORK, NEW YORK 10271

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  June 24, 2016

/S/ Symia James
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| KEVIN MOORE ) | | |
| *Plaintiff* ) | | |
| v. ) | Civil Action No. 16 Civ. 4773 | |
| ) | | |
| ANTHONY J. ANNUCCI, ET AL. ) | | |
| *Defendant* ) | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DOWNSTATE CORRECTIONAL FACILITY HEALTH SERVICES DIRECTOR
JOHN/JANE DOE
C/O NYS ATTORNEY GENERAL'S OFFICE
120 BROADWAY
NEW YORK, NEW YORK 10271

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: June 24, 2016

/S/ Symia James
*Signature of Clerk or Deputy Clerk*