Held 4773HH

UNITED STATES DISTRICT COURT  COUNTY OF  INDEX #: 16 CIV. 4773
DISTRICT: SOUTHERN/NEW  Date Filed: June 24, 2016

Kevin Moore

vs  Plaintiff(s)/Petitioner(s)

Anthony J. Annucci, et al

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

__Shayne Collen__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __August 3, 2016__ at __3:05pm__, at __c/o NYS. Dept. of Corrections and Community Supervisors, 9 West Harriman Campus, Albany, NY 12227__, deponent served the within __Summons in a Civil Action and Verified Complaint__

on: __Commissioner Anthony J. Annucci__, __Defendant__ therein named.

[ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

[x] By delivering thereat a true copy of each to __Ben Rondeem/ Sr. Attorney__ personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency.

[ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

[ ] By affixing a true copy of each to the door of said premises, which is defendant's [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by ___

[ ] On ___, deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male  Color of skin: White  Color of hair: White  Age: 50 - 59 Yrs.  Height: 5' 4" - 5' 8"
Weight: 161 - 200 Lbs.  Other Features: Glasses

[ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the witness.

Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State of New York and was informed that defendant is not.

Sworn to before me on __August 4, 2016__

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2018

Shayne Collen

Invoice•Work Order # 1603693

Held 4770949

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT: SOUTHERN/NEW | COUNTY OF<br>ORIGINAL |

INDEX # : 16 CIV. 4773
Date Filed: June 24, 2016

*Kevin Moore*

vs

*Anthony J. Annucci, et al*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

__Shayne Collen__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __August 3, 2016__ at __3:05pm__, at __c/o NYS. Dept. of Corrections and Community Supervisors, 9 West Harriman Campus, Albany, NY 12227__, deponent served the within __Summons in a Civil Action and Verified Complaint- Jury Trial Demanded__

on: __Sergeant Kathy Todd-Scott__, __Defendant__ therein named.

[ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

[x] By delivering thereat a true copy of each to __Ben Rondeem/ Sr. Attorney__ personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency.

[ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

[ ] By affixing a true copy of each to the door of said premises, which is defendant's [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____.

[ ] On _____, deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Male__   Color of skin: __White__   Color of hair: __White__   Age: __50 - 59 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __161 - 200 Lbs.__   Other Features: __Glasses__

[ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the witness.

Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State of New York and was informed that defendant is not.

Sworn to before me on __August 4, 2016__

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2018

Shayne Collen

Invoice/Work Order # 1603695

| | |
|---|---|
| U.S. DISTRICT COURT OF THE STATE OF NEW YORK<br>SOUTHERN-NY COUNTY | INDEX #: 16 CIV 4773<br>DATE FILED: 6/24/2016<br>COURT DATE:<br>Job #: 477372<br>Your File No: |

KEVIN MOORE

vs

ANTHONY J. ANNUCCI, ET AL.,

*Plaintiff*

HELD & HINES, L.L.P.
2004 RALPH AVENUE
BROOKLYN, NY 11234
COURT DATE

*Defendant*

ORIGINAL

CLIENT'S FILE NO.:
STATE OF NEW YORK: COUNTY OF NASSAU ss:

**AFFIDAVIT OF SERVICE**

Tony Donadio, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 7/25/2016 at 11:20 AM at 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524 deponent served the within SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT on DOWNSTATE CORRECTIONAL FACILITY DEPUTY SUPERINTENDENT FOR SECURITY JOHN/JANE DOE BUY SERVING WILLIAM MANY therein named. THE ABOVE PAPERS WERE ENDORSED WITH THE INDEX # AND DATE OF FILING 6/24/2016

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with HEATHER FRANTZ COWORKER a person of suitable age and discretion at 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524 said premises being the recipient's business within the State of New York. Deponent asked HEATHER FRANTZ whether recipient DOWNSTATE CORRECTIONAL FACILITY DEPUTY SUPERINTENDENT FOR SECURITY JOHN/JANE DOE BUY SERVING WILLIAM MANY maintains the premises as his/her usual business within the State of New York, and the answer was in the affirmative.

Deponent completed service by depositing a copy of the SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT on 7/27/2016 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 21 - 35 Yrs, **Approx Weight**: 100-130 Lbs., **Approx Height**: 5ft 4in - 5ft 8in, **Sex**: Female, **Approx Skin**: White, **Approx Hair**: Blonde, **Other**:

Deponent spoke to HEATHER FRANTZ,COWORKER, and inquired as to whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependant of anyone in the military and received a negative reply and that the defendant always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 7/27/2016
Jason A Saccone 01SA6001537
Notary Public, State of New York
Qualified in Nassau County
Commission Expires January 20th 2018



Tony Donadio

R/D Traveler's 206 Stonehinge Ln - Ste 2, Carle Place, NY 11514 - NYC DCA Lic# 1373465

| | |
|---|---|
| U.S. DISTRICT COURT OF THE STATE OF NEW YORK<br>SOUTHERN-NY COUNTY | INDEX #: 16 CIV 4773<br>DATE FILED: 6/24/2016<br>COURT DATE:<br>Job #: 477371<br>Your File No: |
| KEVIN MOORE | |
| *vs*     *Plaintiff*<br>ANTHONY J. ANNUCCI, ET AL., | HELD & HINES, L.L.P.<br>2004 RALPH AVENUE<br>BROOKLYN, NY 11234<br>COURT DATE |
| *Defendant* | |

CLIENT'S FILE NO.:

STATE OF NEW YORK: COUNTY OF NASSAU ss:   **AFFIDAVIT OF SERVICE**

Tony Donadio, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 7/25/2016 at 11:20 AM at 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524 deponent served the within SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT on CORRECTIONAL OFFICER DONALD COSMAN therein named.
THE ABOVE PAPERS WERE ENDORSED WITH THE INDEX # AND DATE OF FILING 6/24/2016

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with HEATHER FRANTZ COWORKER a person of suitable age and discretion at 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524 said premises being the recipient's business within the State of New York. Deponent asked HEATHER FRANTZ whether recipient CORRECTIONAL OFFICER DONALD COSMAN maintains the premises as his/her usual business within the State of New York, and the answer was in the affirmative.

Deponent completed service by depositing a copy of the SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT on 7/27/2016 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 21 - 35 Yrs, **Approx Weight**: 100-130 Lbs., **Approx Height**: 5ft 4in - 5ft 8in, **Sex**: Female, **Approx Skin**: White, **Approx Hair**: Blonde, **Other**:

Deponent spoke to HEATHER FRANTZ,COWORKER, and inquired as to whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependant of anyone in the military and received a negative reply and that the defendant always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 7/27/2016
Jason A Saccone 01SA6001537
Notary Public, State of New York
Qualified in Nassau County
Commission Expires January 20th 2018



Tony Donadio

R/D Traveler's 206 Stonehinge Ln - Ste 2, Carle Place, NY 11514 - NYC DCA Lic# 1373465

| | | |
|---|---|---|
| U.S. DISTRICT COURT OF THE STATE OF NEW YORK<br>SOUTHERN-NY COUNTY | | INDEX #: 16 CIV 4773<br>DATE FILED: 6/24/2016<br>COURT DATE:<br>Job #: 477370<br>Your File No: |
| KEVIN MOORE | | |
| vs<br>ANTHONY J. ANNUCCI, ET AL., | *Plaintiff* | HELD & HINES, L.L.P.<br>2004 RALPH AVENUE<br>BROOKLYN, NY 11234<br>COURT DATE |
| | *Defendant* | |

ORIGINAL

CLIENT'S FILE NO.:

STATE OF NEW YORK: COUNTY OF NASSAU ss: **AFFIDAVIT OF SERVICE**

Tony Donadio, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 7/25/2016 at 11:20 AM at 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524 deponent served the within SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT on SUPERINTENDENT ADA PEREZ therein named.
THE ABOVE PAPERS WERE ENDORSED WITH THE INDEX # AND DATE OF FILING 6/24/2016

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with HEATHER FRANTZ COWORKER a person of suitable age and discretion at 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524 said premises being the recipient's business within the State of New York. Deponent asked HEATHER FRANTZ whether recipient SUPERINTENDENT ADA PEREZ maintains the premises as his/her usual business within the State of New York, and the answer was in the affirmative.

Deponent completed service by depositing a copy of the SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT on 7/27/2016 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 21 - 35 Yrs, **Approx Weight**: 100-130 Lbs., **Approx Height**: 5ft 4in - 5ft 8in, **Sex**: Female, **Approx Skin**: White, **Approx Hair**: Blonde, **Other**:

Deponent spoke to HEATHER FRANTZ,COWORKER, and inquired as to whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependant of anyone in the military and received a negative reply and that the defendant always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 7/27/2016
Jason A Saccone 01SA6001537
Notary Public, State of New York
Qualified in Nassau County
Commission Expires January 20th 2018



Tony Donadio

R/D Traveler's 206 Stonehinge Ln - Ste 2, Carle Place, NY 11514 - NYC DCA Lic# 1373465

| | |
|---|---|
| U.S. DISTRICT COURT OF THE STATE OF NEW YORK<br>SOUTHERN-NY COUNTY | INDEX #: 16 CIV 4773<br>DATE FILED: 6/24/2016<br>COURT DATE:<br>Job #: 477369<br>Your File No: |

KEVIN MOORE

vs

ANTHONY J. ANNUCCI, ET AL.,

*Plaintiff*

HELD & HINES, L.L.P.
2004 RALPH AVENUE
BROOKLYN, NY 11234
COURT DATE

*Defendant*

CLIENT'S FILE NO.:
STATE OF NEW YORK: COUNTY OF NASSAU ss:

**AFFIDAVIT OF SERVICE**

Tony Donadio, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 7/25/2016 at 11:20 AM at 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524 deponent served the within SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT on PANDORA A. VOLPE, RN-II therein named. THE ABOVE PAPERS WERE ENDORSED WITH THE INDEX # AND DATE OF FILING 6/24/2016

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with HEATHER FRANTZ COWORKER a person of suitable age and discretion at 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524 said premises being the recipient's business within the State of New York. Deponent asked HEATHER FRANTZ whether recipient PANDORA A. VOLPE, RN-II maintains the premises as his/her usual business within the State of New York, and the answer was in the affirmative.

Deponent completed service by depositing a copy of the SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT on 7/27/2016 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 21 - 35 Yrs, **Approx Weight**: 100-130 Lbs., **Approx Height**: 5ft 4in - 5ft 8in, **Sex**: Female, **Approx Skin**: White, **Approx Hair**: Blonde, **Other**:

Deponent spoke to HEATHER FRANTZ,COWORKER, and inquired as to whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependant of anyone in the military and received a negative reply and that the defendant always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 7/27/2016
Jason A Saccone 01SA6001537
Notary Public, State of New York
Qualified in Nassau County
Commission Expires January 20th 2018



Tony Donadio

R/D Traveler's 206 Stonehinge Ln - Ste 2, Carle Place, NY 11514 - NYC DCA Lic# 1373465

| | |
|---|---|
| U.S. DISTRICT COURT OF THE STATE OF NEW YORK<br>SOUTHERN-NY COUNTY | INDEX #: 16 CIV 4773<br>DATE FILED: 6/24/2016<br>COURT DATE:<br>Job #: 477368<br>Your File No: |
| KEVIN MOORE | |
| *vs*<br>ANTHONY J. ANNUCCI, ET AL.,     *Plaintiff* | HELD & HINES, L.L.P.<br>2004 RALPH AVENUE<br>BROOKLYN, NY 11234<br>COURT DATE |
| *Defendant* | |

ORIGINAL

CLIENT'S FILE NO.:
STATE OF NEW YORK: COUNTY OF NASSAU ss:

## AFFIDAVIT OF SERVICE

Tony Donadio, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 7/25/2016 at 11:20 AM at 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524 deponent served the within SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT on CORRECTIONAL OFFICER CARSON MORRIS therein named.
THE ABOVE PAPERS WERE ENDORSED WITH THE INDEX # AND DATE OF FILING 6/24/2016

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with HEATHER FRANTZ COWORKER a person of suitable age and discretion at 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524 said premises being the recipient's business within the State of New York. Deponent asked HEATHER FRANTZ whether recipient CORRECTIONAL OFFICER CARSON MORRIS maintains the premises as his/her usual business within the State of New York, and the answer was in the affirmative.

Deponent completed service by depositing a copy of the SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT on 7/27/2016 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 21 - 35 Yrs, **Approx Weight**: 100-130 Lbs., **Approx Height**: 5ft 4in - 5ft 8in, **Sex**: Female, **Approx Skin**: White, **Approx Hair**: Blonde, **Other**:

Deponent spoke to HEATHER FRANTZ,COWORKER, and inquired as to whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependant of anyone in the military and received a negative reply and that the defendant always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 7/27/2016
Jason A Saccone 01SA6001537
Notary Public, State of New York
Qualified in Nassau County
Commission Expires January 20th 2018



                                                                 Tony Donadio

R/D Traveler's 206 Stonehinge Ln - Ste 2, Carle Place, NY 11514 - NYC DCA Lic# 1373465

| | | |
|---|---|---|
| U.S. DISTRICT COURT OF THE STATE OF NEW YORK<br>SOUTHERN-NY COUNTY | | INDEX #: 16 CIV 4773<br>DATE FILED: 6/24/2016<br>COURT DATE:<br>Job #: 477373<br>Your File No: |

KEVIN MOORE

vs

ANTHONY J. ANNUCCI, ET AL.,

*Plaintiff*

HELD & HINES, L.L.P.
2004 RALPH AVENUE
BROOKLYN, NY 11234
COURT DATE

*Defendant*

CLIENT'S FILE NO.:

STATE OF NEW YORK: COUNTY OF NASSAU ss:

## AFFIDAVIT OF SERVICE

Tony Donadio, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 7/25/2016 at 11:20 AM at 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524 deponent served the within SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT on DOWNSTATE CORRECTIONAL FACILITY HEALTH SERVICES DIRECTOR JOHN/JANE DOE therein named.
THE ABOVE PAPERS WERE ENDORSED WITH THE INDEX # AND DATE OF FILING 6/24/2016

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with HEATHER FRANTZ COWORKER a person of suitable age and discretion at 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524 said premises being the recipient's business within the State of New York. Deponent asked HEATHER FRANTZ whether recipient DOWNSTATE CORRECTIONAL FACILITY HEALTH SERVICES DIRECTOR JOHN/JANE DOE maintains the premises as his/her usual business within the State of New York, and the answer was in the affirmative.

Deponent completed service by depositing a copy of the SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT on 7/27/2016 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 124 RED SCHOOLHOUSE ROAD, FISHKILL, NY 12524

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 21 - 35 Yrs, **Approx Weight**: 100-130 Lbs., **Approx Height**: 5ft 4in - 5ft 8in, **Sex**: Female, **Approx Skin**: White, **Approx Hair**: Blonde, **Other**:

Deponent spoke to HEATHER FRANTZ,COWORKER, and inquired as to whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependant of anyone in the military and received a negative reply and that the defendant always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 7/27/2016
Jason A Saccone 01SA6001537
Notary Public, State of New York
Qualified in Nassau County
Commission Expires January 20th 2018



_____
Tony Donadio

R/D Traveler's 206 Stonehinge Ln - Ste 2, Carle Place, NY 11514 - NYC DCA Lic# 1373465