STATE OF NEW YORK  
UNITED STATES DISTRICT COURT  
DISTRICT: SOUTHERN/NEW

COUNTY OF

INDEX # : 16 CIV. 4773 (KMK)  
Date Filed: November 16, 2016

*Kevin Moore*

*vs*

*Anthony J. Annucci, et al*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

Shayne Collen, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On January 30, 2017 at 3:25pm, at c/o Dept. of Corrections & Community Supervison Counsel's; Harriman State Campus, Bldg 9, Albany, NY 12205, deponent served the within Summons in a Civil Action and Verified Amended Complaint

on: **Correctional Officer Andrew Lowery**, **Defendant** therein named.

[ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

[x] By delivering thereat a true copy of each to Kevin Kortright/ Associate Counsel personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency.

[ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

[ ] By affixing a true copy of each to the door of said premises, which is defendant's [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by ___

[ ] On ___, deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male    Color of skin: White    Color of hair: White    Age: 50 - 59 Yrs.    Height: Over 6'
Weight: 161 - 200 Lbs.    Other Features: ___

[ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the witness.

Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State of New York and was informed that defendant is not.

Sworn to before me on    February 1, 2017

MARCY A. O'HARE  
NOTARY PUBLIC, State of New York  
No. 4865530, Qualified in Albany County  
Term Expires July 14, 2018

Shayne Collen  
Invoice-Work Order # 1700353

| | | |
|---|---|---|
| **STATE OF NEW YORK** | **COUNTY OF** | **INDEX # : 16 CIV. 4773** |
| **UNITED STATES DISTRICT COURT** | | **Date Filed:** |
| **DISTRICT: SOUTHERN/NEW** | | |

*Kevin Moore*

*vs*

*Anthony J. Annucci, et al*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

Shayne Collen, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On January 30, 2017 at 3:25pm, at c/o Dept. of Corrections & Community Supervison Counsel's; Harriman State Campus, Bldg 9, Albany, NY 12205, deponent served the within Summons in a Civil Action and Verified Amended Complaint

on: **Corectional Officer George Santiago**, **Defendant** therein named.

[ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

[x] By delivering thereat a true copy of each to Kevin Kortright/ Associate Counsel personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency.

[ ] By delivering a true copy of each to _____ a person of suitable age and discretion, Said premises is defendant's[ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

[ ] By affixing a true copy of each to the door of said premises, which is defendant's[ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by ___

[ ] On ___, deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male    Color of skin: White    Color of hair: White    Age: 50 - 59 Yrs.    Height: Over 6'
Weight: 161 - 200 Lbs.    Other Features: ___

[ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the witness.

Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State of New York and was informed that defendant is not.

Sworn to before me on    February 1, 2017

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2018

Shayne Collen

Invoice·Work Order # 1700352

| | |
|---|---|
| STATE OF NEW YORK<br>UNITED STATES DISTRICT COURT<br>DISTRICT: SOUTHERN/NEW | COUNTY OF |

INDEX # : 16 CIV. 4773 (KMK)
Date Filed: November 16, 2016

*Kevin Moore*

vs

*Anthony J. Annucci, et al*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

Shayne Collen, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On January 30, 2017 at 3:25pm, at c/o Dept. of Corrections & Community Supervison Counsel's; Harriman State Campus, Bldg 9, Albany, NY 12205, deponent served the within Summons in a Civil Action and Verified Amended Complaint

on: Susan Langford, RN-II, Defendant therein named.

- [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

- [x] By delivering thereat a true copy of each to Kevin Kortright/ Associate Counsel personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency.

- [ ] By delivering a true copy of each to _____ a person of suitable age and discretion, Said premises is defendant's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

- [ ] By affixing a true copy of each to the door of said premises, which is defendant's [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
Address confirmed by ____

- [ ] On ____, deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male   Color of skin: White   Color of hair: White   Age: 50 - 59 Yrs.   Height: Over 6'
Weight: 161 - 200 Lbs.   Other Features: ____

- [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the witness.

Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State of New York and was informed that defendant is not.

Sworn to before me on February 1, 2017

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2018

Shayne Collen
Invoice Work Order # 1700358