# AFFIDAVIT OF SERVICE

| State of New York | County of New York | U.S District Court, Southern District Court |
|---|---|---|

Index Number: CV-4773/16
Date Filed: 11/16/2016

Plaintiff:
**KEVIN MOORE**
vs.
Defendant:
**ANTHONY J. ANNUCCI, ET AL**

For: 71531
HELD & HINES, LLP

Received by ELITE LEGAL SERVICES OF NY INC. to be served on **SUSAN LANGFORD, RN-II, 32 RESERVOIR DRIVE, MILLBROOK, NY 12545**. I, __Gerome Ferreira__, being duly sworn, depose and say that on the __21__ day of __May__, 20__18__ at __7:52__ a.m., executed service by delivering a true copy of the **SUMMONS & VERIFIED AMENDED COMPLAINT IN A CIVIL ACTION** in accordance with state statutes in the manner marked below:

( ) individual service: served the within-named person.

( ) substitute service: by serving _____ as _____.

(X) Mailing was done on individual in an envelope marked personal & confidential at __aforementioned address__ on __5/23/18__.

(X) posted service: after attempting service on __5/18__ at __12:38 pm__ and on __5/19__ at __7:40 pm__ to a conspicuous place on the property described herein.

( ) non service: for the reason detailed in the comments below.

Military status: ( ) yes or ( ) no   if yes, what branch? _____

Marital status: ( ) married or ( ) single   name of spouse _____

**COMMENTS:** _____

Age ___ Sex M F  Race ___  Height ___  Weight ___  Hair ___  Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __23__ day of __May__, __2018__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Haydee Brito
Notary Public - State of New York
No. 01BR6327717
Qualified in Dutchess County
My Commission Expires July 13, 2019

Gerome Ferreira
PROCESS SERVER # _____
Appointed in accordance with State Statutes

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: 2018003322

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1e

