COPY

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of NEW YORK | U.S District Court, Southern District Court |

Index Number: CV-4773/16
Date Filed: 6/24/2016 Amended: 11/16/2016

Plaintiff:
**KEVIN MOORE**
vs.
Defendant:
**ANTHONY J. ANNUCCI INDIVIDUALLY ET AL**

For 71531
HELD & HINES, LLP

Received by ELITE LEGAL SERVICES OF NY INC. to be served on **KATHY TODD-SCOTT, 600 GLASCO TURNPIKE, SAUGERTIES, NY 12477**, I, Leslie Scheurer, being duly sworn, depose and say that on the 1st day of June, 2018 at 9:17 a.m., executed service by delivering a true copy of the SUMMONS & VERIFIED AMENDED COMPLAINT IN A CIVIL ACTION in accordance with state statutes in the manner marked below:

( ) individual service: served the within-named person.

(X) substitute service: by serving Jane Doe as daughter

(X) Mailing was done on individual in an envelope marked personal & confidential at aforementioned address on 6/4/18

( ) posted service: after attempting service on __/__ at ____ and on __/__ at ____ to a conspicuous place on the property described herein.

( ) non service: for the reason detailed in the comments below.

Military status: ( ) yes or (X) no  if yes, what branch? _____

Marital status: ( ) married or ( ) single   name of spouse n/a

**COMMENTS:** _____

Age 28  Sex M (F)  Race white  Height 5'3"  Weight 150  Hair brown  Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 4th day of June, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

Leslie Scheurer
PROCESS SERVER # _____
Appointed in accordance with State Statutes

**ELITE LEGAL SERVICES OF NY INC.**
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: 2018003696

DENIEL A RODRIGUEZ
Notary Public, State of New York
No. 01RO6316495
Qualified in Dutchess County
Commission Expires December 15, 20__

