UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KEVIN MOORE,

                                      Plaintiff,        16 Civ. 4773 (KMK)

-against-                                **CLERK'S CERTIFICATE**

ANTHONY J. ANNUCCI, et al.,

                                      Defendants.
----------------------------------------------------------------X

       I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 21, 2016 with the filing of a Complaint. Thereafter, an Amended Complaint was filed on November 9, 2016 naming SUSAN LANGFORD as a defendant in this action. A Summons was issued as to defendant SUSAN LANGFORD on November 16, 2016. A copy of the Summons and Amended Complaint was served on defendant SUSAN LANGFORD on January 30, 2017, by delivering a true copy thereof to and leaving with Kevin Kortright, Associate Counsel, personally, a person of suitable age and discretion, at NYS Department of Corrections and Community Supervision's Counsel's Office, Harriman State Campus, Building 9, Albany, New York 12205, said person stating he was the authorized agent to accept service on behalf of defendant SUSAN LANGFORD. Mr. Kortright was asked whether defendant SUSAN LANGFORD was presently in military service of the United States Government or of the State of New York and he informed that defendant SUSAN LANGFORD was not. A copy of the Affidavit of Service was electronically filed on February 3, 2017.

       Thereafter, on May 1, 2018, the Hon. Kenneth M. Karas, U.S.D.J., granted Plaintiff until June 5, 2018 to re-serve the Amended Complaint upon defendant SUSAN LANGFORD. A copy

of the Summons and Amended Complaint was duly served upon defendant SUSAN LANGFORD on May 21, 2018 by affixing same to the door of the defendant's residence at 32 Reservoir Drive, Millbrook, New York 12545 after having previously attempted personal service on May 18, 2018 and May 19, 2018. Service was completed by mailing a true copy of the Summons and Amended Complaint in a postpaid envelope to defendant SUSAN LANGFORD at the aforementioned address bearing the words "Personal and Confidential" by First Class Mail on May 23, 2018 and placed in an official depository of the U.S.P.S. in the State of New York. A copy of the Affidavit of Service was electronically filed on June 6, 2018.

I further certify that the docket entries indicate that defendant SUSAN LANGFORD has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant SUSAN LANGFORD is hereby noted.

Dated: White Plains, New York
June 26, 2018

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk