UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

KEVIN MOORE,                                                                 16 Civ. 4773 (KMK)

                                 Plaintiff,                              AFFIDAVIT OF SERVICE
      -against-

ANTHONY J. ANNUCCI, et al.,

                                Defendants.
-----------------------------------------------------------------------X

      I, Philip M. Hines, Esq., hereby affirm under penalty of perjury that on November 14, 2018, I served a copy of Plaintiff's Supplemental Declaration in Support of Default Judgment Against Andrew Lowery and Susan Langford dated November 14, 2018 upon the following:

<u>VIA ECF</u>
Chester Krom, *for defendant Kathy Todd-Scott*

Mark Sherman, *for defendant Donald Cosman* (discontinued)

<u>VIA FIRST CLASS MAIL</u>
George Santiago, Reg #78130054 (Pro Se)
Petersburg Federal Correction Institution
1060 River Road
Hopewell, VA 23860

Carson Morris (Pro Se)
c/o Andrew A. Rubin, Esq.
1133 Westchester Avenue
Suite N-202
White Plains, New York 10604

Andrew Lowery (Pro Se)
22 Tiger Road
Hopewell Junction, New York 12533

Susan Langford (Pro Se)
32 Reservoir Drive
Millbrook, New York 12545

                                                      _____/s/_____
                                                           Philip M. Hines