UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KEVIN MOORE,                                                                    16 Civ. 4773 (KMK)

                                 Plaintiff,                                  AFFIDAVIT OF SERVICE

   -against-

ANTHONY J. ANNUCCI, et al.,

                                Defendants.
------------------------------------------------------------------------X

      I, Philip M. Hines, Esq., hereby affirm under penalty of perjury that on November 14, 2018, I served a copy of Plaintiff's Supplemental Declaration in Support of Default Judgment Against Andrew Lowery and Susan Langford dated November 15, 2018 upon the following:

<u>VIA FIRST CLASS MAIL</u>
George Santiago, Reg #78130054 (Pro Se)
Federal Corrections Complex
Petersburg Low
P.O. Box 1000
Petersburg, VA 23804


                                                             _____/s/_____
                                                                 Philip M. Hines