UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KEVIN MOORE,                                              16 Civ. 4773 (KMK)

                        Plaintiff,                   AFFIRMATION OF SERVICE

    -against-

ANTHONY J. ANNUCCI, et al.,

                        Defendants.
------------------------------------------------------------------------X

      I, Philip M. Hines, Esq., hereby affirm under penalty of perjury that on November 14, 2018, I served a copy of Plaintiff's Order To Show Cause seeking entry of default judgment against defendant Carson Morris upon the following via UPS Next Day delivery:

    Carson Morris (Pro Se)
    c/o Andrew A. Rubin, Esq.
    1133 Westchester Avenue
    Suite N-202
    White Plains, New York 10604


                                                                   _____/s/_____
                                                                         Philip M. Hines