UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN MOORE, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY J. ANNUCCI, *et al.*, <br><br> Defendants. | No. 16-CV-4773 (KMK) <br><br> <u>ORDER</u> |

KENNETH M. KARAS, United States District Judge:

With respect to the damages trial to be held on March 13, 2020: All direct testimony will be by affidavit. All affidavits and exhibits must be submitted by March 6, 2020.

No extensions will be granted.

SO ORDERED.

DATED: February 28, 2020
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE