CHESTER G. KROM
ATTORNEY AT LAW
86 EMENDORF STREET
KINGSTON, NEW YORK 12401
TEL (845) 331-5733
FAX (845) 331-5736

March 3, 2020

Hon. Kenneth M. Karas
United States District Court
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

RE:     Kevin Moore v. Anthony Annucci, et al
         16 Civ. 4773 (KMK)
         Court Date: March 13, 2020

Your Honor:

I am confused concerning your Honor's recent order: regarding submitting affidavits on the issue of damages:
How do you cross examine an affidavit?

How do you consult with a client on short notice who is confinrd in a Federal Prison. She can only be visited on weekends and now there are no more weekends to visit if an affidavit must be submitted before March 13th.

How does a physically incapacitated attorney get to see his client, or go to Court.

Why does the plaintiff herein not have to appear and testify.

How does one respond to questions that may arise with the plaintiff's affidavit.

Once again, I am confused:

Why did you advise me that an adjournment would be granted if wheather prevented me from attending on March 13th.? and Then send an order stating no adjournments would be granted.

Why did you advise me that this District favors a trial of the issues, when the Plaintiff did not properly serve my client with process, and I moved the Court for a dismissal of the action against my client. Then the Court granted summary judgment on the plaintiff's motion?. What happened to the ideal of having a trial on the issues?

Why set a date for a hearing on damages and the state that the damages could be proved by affidavit?

When does my client get to show her case, plaintiff did not testify at her trial, Plaintiff did not testify about injuries, etc. on the civil trial, and now, the Court says Oh mr. Plaintiff you do not