MARC J. HELD*
PHILIP M. HINES*

*ALSO ADMITTED IN NEW JERSEY

MATTHEW R. GROSSO
EDWARD S. MILLER
URI NAZRYAN
DEAN L. PILLARELLA

OF COUNSEL
SHERRY D. DANZIG



HELD & HINES LLP
ATTORNEYS AT LAW

March 6, 2020

*Via ECF*
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:   *Kevin Moore v. Annucci, et al.,* 16 Civ. 4773 (KMK)

Your Honor:

    This office represents plaintiff Kevin Moore in the above-referenced action. I write to advise the Court that the plaintiff has reached settlements in principle with defendants Scott and Morris.

    As the remaining defendants, Santiago (in prison and *pro se*) and Lowery and Langford (both in default), will not be appearing at the trial scheduled for March 13th, Plaintiff respectfully seeks guidance as to whether the Court intends the trial to proceed as planned given that there will no longer be any cross examination. The Court should have received Plaintiff's trial affidavits and exhibits by UPS earlier today. If the Court would prefer to take those on submission and render a Decision based upon same, Plaintiff would have no objection.

    Thank you in advance for your attention to this matter.

                          Respectfully submitted,

                          HELD & HINES, LLP

                          Philip M. Hines

370 LEXINGTON AVENUE, SUITE 800
NEW YORK, NY 10017
TEL: 212.696.4LAW
FAX: 718.444.5768

WWW.HELDHINES.COM

2004 RALPH AVENUE
BROOKLYN, NY 11234
TEL: 718.531.9700
FAX: 718.444.5768