UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KEVIN MOORE,

                        Plaintiff,                       16 Civ. 4773 (KMK)

     - against -                         [~~PROPOSED~~] **ORDER AND**
                                                           **JUDGMENT AGAINST**
ANTHONY J. ANNUCCI, et al.,              **CARSON MORRIS**

                        Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED:**

That defendant Carson Morris is in default of the Stipulation of Settlement and General Release ("Stipulation") duly executed by the parties and their respective counsel, which required defendant Morris to begin making installment payments totaling $25,000.00 on or before September 15, 2020 and by the 15th of each month thereafter until January 15, 2022.

It is hereby **FURTHER ORDERED, ADJUDGED, and DECREED:**

That, pursuant to Paragraph 3 of the Stipulation ("Escalation, Bonus and Accrual of Interest"), Plaintiff is entitled to an award equal to:

    (i) all outstanding monthly installment payments totaling $25,000.00, *see* ¶3(a);

    (ii) an additional $25,000.00 "bonus," *see* ¶3(b);

    (iii) pre-judgment interest on said amount at 9% per annum calculated from November 12, 2013 through the date of entry of Judgment;

    (iv) post-judgment interest on said amount at 9% per annum calculated from the date Judgment entered through the date of satisfaction.

It is hereby **FURTHER ORDERED, ADJUDGED, and DECREED:**

That Plaintiff is awarded (i) $50,000.00 in compensatory damages against defendant Carson Morris; (ii) pre-judgment interest at the rate of 9% per annum from November 12, 2013, as computed by the Clerk in the amount of $ 31,426.03 ; and (iii) post-judgment interest at the rate of 9% per annum from the date of entry hereof through the date of satisfaction in full.

Judgment entered against Carson Morris this 4th day of November , 2020.

**RUBY J. KRAJICK**

_____
**CLERK OF COURT**

SO ORDERED

KENNETH M. KARAS U.S.D.J.

**November 4, 2020**