UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KEVIN MOORE,

                        Plaintiff,                                16 Civ. 4773 (KMK)

  - against -                                                   **JUDGMENT**
                                                                 **AGAINST SUSAN**
ANTHONY J. ANNUCCI, et al.,                        **LANGFORD**

                        Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED**:

That for the reasons stated in Plaintiff's Proposed Findings of Fact and Conclusions of Law, which are hereby adopted, (Dkt. No. 167), and a Judgment of Default having been entered against Defendant Susan Langford on December 11, 2018, with the damages award to be determined upon the resolution of Plaintiff's claims against the non-defaulting Defendants, (Dkt. Nos. 130, 131),

Plaintiff is hereby awarded the sum of $931,739.84 against defendant Susan Langford, as follows: (i) $300,000.00 in compensatory damages, (ii) $500,000.00 in punitive damages, and (iii) $129,890.00 in attorneys' fees and $1,849.84 in costs.

Plaintiff is hereby further awarded $315,207.72 as and for pre-judgment interest at the rate of 9% per annum from the date of default judgment, December 11, 2018, to date.

Judgment is therefore entered against Susan Langford, of 32 Reservoir Drive, Millbrook, New York 12545, for the total sum of $1,246,947.56 to date, together with accrued post-judgment interest at the rate of 9% per annum from the date of entry hereof through the date of satisfaction.

                                                                         **SO ORDERED**

                                                           **HON. KENNETH M. KARAS, U.S.D.J.**

Entered on this __14th__ day of __Setpember__, 2022.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KEVIN MOORE,

                Plaintiff,                          16 Civ. 4773 (KMK)

  - against -                                      **JUDGMENT**
                                                                      **AGAINST ANDREW**
ANTHONY J. ANNUCCI, et al.,                    **LOWERY**

                Defendants.
------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED**:

        That for the reasons stated in Plaintiff's Proposed Findings of Fact and Conclusions of Law, which are hereby adopted, (Dkt. No. 167), and a Judgment of Default having been entered against Defendant Andrew Lowery on December 11, 2018, with the damages award to be determined upon the resolution of Plaintiff's claims against the non-defaulting Defendants, (Dkt. Nos. 130, 131),

        Plaintiff is hereby awarded the sum of $3,631,739.84 against defendant Andrew Lowery, as follows: (i) $3,000,000.00 in compensatory damages, (ii) $500,000.00 in punitive damages, and (iii) $129,890.00 in attorneys' fees and $1,849.84 in costs.

        Plaintiff is hereby further awarded $2,009,496.54 as and for pre-judgment interest at the rate of 9% per annum from the date of Defendant Lowery's conviction, July 22, 2016, to date.

        Judgment is therefore entered against Andrew Lowery for the total sum of $5,641,236.38 to date, together with accrued post-judgment interest at the rate of 9% per annum from the date of entry hereof through the date of satisfaction.

                                                                             **SO ORDERED**

                                                                      _____
                                                               **HON. KENNETH M. KARAS, U.S.D.J.**

Entered on this   14th   day of   Setpember  , 2022.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KEVIN MOORE,

                Plaintiff,                16 Civ. 4773 (KMK)

  - against -                    **JUDGMENT AGAINST**
                                                                  **GEORGE SANTIAGO, JR.**

ANTHONY J. ANNUCCI, et al.,

                Defendants.
------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED**:

    That for the reasons stated in the Plaintiff's Proposed Findings of Fact and Conclusions of Law, which are hereby adopted, (Dkt. No. 167) 2022, and Summary Judgment having been entered against defendant George Santiago, Jr. on September 19, 2019, (Dkt. No. 152),

    Plaintiff is hereby awarded the sum of $3,631,739.84 against defendant George Santiago, Jr., as follows: (i) $3,000,000.00 in compensatory damages, (ii) $500,000.00 in punitive damages, and (iii) $129,890.00 in attorneys' fees and $1,849.84 in costs.

    Plaintiff is hereby further awarded $1,574,285.36 as and for pre-judgment interest at rate of 9% per annum from the date of Defendant Santiago's conviction, November 20, 2017, to date.

    Judgment is therefore entered against George Santiago, Jr. for the total sum of $5,206,025.20 to date, together with accrued post-judgment interest at the rate of 9% per annum from the date of entry hereof through the date of satisfaction.

                                        **SO ORDERED**

                                        _____
                                        **HON. KENNETH M. KARAS, U.S.D.J.**

Entered on this  14th  day of  September , 2022.